JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>T & D SERVICES, INC., a Nevada corporation doing business in California as "T & D TRENCHLESS",<br><br>　　　　Defendant. | CASE NO.: EDCV14−1363 JGB (DTBx)<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**JUDGMENT** |

1  This action having been commenced on July 3, 2014, and the Court having
2  approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the
3  Operating Engineers Pension Trust, et al., and against defendant T & D Services, Inc.,
4  a Nevada corporation doing business in California as "T & D Trenchless", and for
5  good cause shown,

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7  Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,
8  TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE
9  FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY
10 SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS
11 TRAINING TRUST shall recover from defendant T & D SERVICES, INC., a Nevada
12 corporation doing business in California as "T & D Trenchless", the principal amount
13 of $242,517.35, plus pre-judgment and post-judgment interest thereon at the rate of
14 eight percent (8%) per annum accruing from October 15, 2014, until the judgment is
15 paid in full.

18 Dated: November 13, 2014

    _____
    UNITED STATES DISTRICT JUDGE